SCANNED

[FILED stamp: JAN 31 2008, U.S. DISTRICT COURT S.D. OF N.Y.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

RODRIGO PERDOMO, a.k.a. JORGE LOPEZ,

        Petitioner,

-against-

UNITED STATES OF AMERICA,

        Respondent.
———————————————————X

**CIVIL JUDGMENT**

07 Civ. 10427 (KMW)

Pursuant to the order issued on ___JAN 31 2008___ by the Honorable Kimba M. Wood, Chief Judge, dismissing the motion to modify or correct a sentence, it is,

ORDERED, ADJUDGED AND DECREED: That the application is hereby dismissed without prejudice. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253. The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the Court's order would not be taken in good faith.

_____/s/ Wood_____
KIMBA M. WOOD
Chief Judge

Dated: JAN 31 2008
New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.